UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN MILLER, and ROD MILLER,

    Plaintiffs,

v.                              Case No. 8:03-cv-996-T-23MSS

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

The Court is advised that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on December 7, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:      U.S. Magistrate Judge
           Courtroom Deputy